**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America<br>Plaintiff | ) | Case No: 26 CR 579-1 |
| | ) | Judge: Maria Valdez |
| | ) | |
| Brian Lerch<br>Defendant | ) | |

**ORDER**

Initial appearance on removal proceedings held on 11/6/2026. The Government is represented by AUSA Michael Angarola. Attorney John Miraglia from the Federal Defender program is appointed to represent the defendant who was present in Court. Pretrial Services Officer Danaysy Diaz is also present. Defendant Brian Lurch advised of the charges and penalties available under the law and informed of his rights. The Government and the defendant agreed to certain conditions of release. The defendant is to be released on a $10,000.00 unsecured bond. Enter Order Setting Conditions of Release. The Defendant is admonished that he must appear at the federal courthouse in the Eastern District of Texas when the date is provided by the Pretrial services. Pursuant to Federal Rule of Criminal Procedure 5(f)(1), the Court confirms the Government's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. The defendant is to be released after processing.

(T: 07)

Date: 11/6/2026

Maria Valdez

Magistrate Judge Maria Valdez